FILED
CLERK, U.S. DISTRICT COURT

FEB 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANFORD JONES, | No. CV 07-06212-PA (VBK) |
| Petitioner, | (PROPOSED) ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| BEN McCLAIN, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, Petitioner's Objections, all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Amended Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Amended Report and Recommendation, (2) Respondent's Motion to Dismiss is GRANTED; and (3) Judgment be entered dismissing the Petition without prejudice.

DATED: 2/21/08

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE