FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

SANFORD JONES,                )   No. CV 07-06212-PA (VBK)
                              )
            Petitioner,       )   ~~(PROPOSED)~~ JUDGMENT
                              )
      v.                      )
                              )
BEN McCLAIN, et al.,          )
                              )
            Respondents.      )
_____)

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: 2/21/08

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE